FILED
DEC 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

original

NAME: Kevin-Paul: Woodruff

ADDRESS: BOP# 56195-097
USP - Lewisburg
P.O. Box 1000
Lewisburg, PA [17837]

or PLACE OF CONFINEMENT & PRISON NUMBER

Note: If represented by an attorney, his name, address & telephone number

Note: It is your responsibility to notify the Clerk of the Court, in writing of any change of address

CASE NUMBER   1:06CV02233

JUDGE: Unassigned

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 12/28/2006

District Court of United States
District of Columbia

Kevin-Paul: Woodruff
FULL NAME: (Include name under which you were convicted)
                                              Petitioner,

vs.

Harvey G. Lappin Director of (BOP)
NAME OF WARDEN (or other authorized person having custody of petitioner) UNITED STATES
Real Party In Interest          Respondent.

CASE NO: _____
In Corp Case: CR-95-D458-VRW
             : CV00-4159-VRW

GREAT WRIT OF HABEAS CORPUS
ACTION PURSUANT TO AMENDMENT, I of
THE CONSTITUTION OF THE UNITED
STATES OF AMERICA (1789) "Right to
Petition Government For Redress of
Grievances" "Bill Of Rights"

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 1 of 9

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour .

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☒ a conviction ⎫
2. ☒ a sentence  ⎬ CR-93-0438-VRW AND CV00-4159-VRW
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☒ other: THE UNCONSTITUTIONAL USE OF 18 USC § 1331 AND VIOLATIONS OF STATUTORY FRAMEWORK OF 40 USC § 255 Cf. AT 40 USC § 3112; AND THE CODE OF FEDERAL REGULATION (CFR) 28 CFR § 0.56, 0.66 Pub. LAW 91-393 84 STAT. 835, AND United States Constitution Article I, Section 8, Clause 17 WANT OF TERRITORIAL JURISDICTION

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. Place of confinement *United States Penitentiary - Lewisburg*

2. Name and location of court which imposed sentence *United States District of California Northern District 450 Golden Gate Ave San Francisco, CA 94102*

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) *CR-93-0438-VRW*
   (b) _____
   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) *July 14, 1998   235 months*
   (b) _____
   (c) _____

5. Check whether a finding of guilt was made:
   (a) ☐ After a plea of guilty
   (b) ☒ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ☒ a jury
   (b) ☐ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☒ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court *Ninth Circuit Court of Appeal*
   (2) Result *Affirmed Conviction*
   (3) Date of Result *September 29, 1999*
   (4) Citation or number of opinion *198 F.3d 256 (9th Cir. 1999) cert. denied 530 US 1206*

(5) Grounds Raised *(list each)* Appeal Counsel Failed To Attack Want of Jurisdiction

    (A) _____

    (B) _____

    (C) _____

    (D) _____

(b)(1) Name of Court _____

(2) Result _____

(3) Date of result _____

(4) Citation or number opinion _____

(5) Grounds raised *(list each)*

    (A) _____

    (B) _____

    (C) _____

    (D) _____

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9.    State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

(a)    Ground One STATE OF CALIFORNIA DID NOT CEDE CRIMINAL LEGISLATIVE Jurisdiction TO THE UNITED STATES "WANT OF TERRITORIAL JURISDICTION"

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

NUNC PRO TUNC - July 26, 1993 Petitioner was Release To THE U.S. Marshal's By California Dept of Correction (Corcoran Prison) for federal complaint, subsequently, Petitioner was convicted and Sentence on July 14, 1998. California State Lands Commission, Paul D. Thayer, Authenticated that his office has no record ceding

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

legislative criminal Jurisdiction to the United States, and California Governor office Administratively said its office did not cede or convey

(b) Ground Two THE United States Failed To Establish THAT ALL Jurisdictional Prerequisites were met, STATUTORY Requirement "LETTER"

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

THAT on MARCH 24, 2006, THE OAKLAND Tribune a Newspaper of General circulation Public a Legal NOTICE, Proof of Publications # 633424 re: LACK OF LETTER OF ACCEPTANCE, AND USURP Jurisdiction By United States AND ALL Rebuttal Be SENT To Superior Court of California, County of ALAmeda 1225 Fallon Street, Oakland, CA 94612 within THIRTY DAYS (30) re: RG05222751, in order To DENY THAT United States Government violated STATUTORY Requirement in

(c) Ground Three Petitioner claim Actual And Legal innocent of federal crimes

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

On August 26, 1993 Federal Government obtain An Federal Indictment pursuant To 18 USC §1951a, And obtain a Judgment in CR-93-0438-VRW all in Conflict with the U.S. Constitution And Statutory Requirement And there is no Enactment Clause That there Judgment in CR-93-0438-VRW

(d) Ground Four _____

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(a) Ground one Continue:
legislatively criminal Jurisdiction to the United States. See Exhibit (A).

(b) Ground Two Continue:
OF ACCEPTANCE" THAT determine Administratively and exclusively that Jurisdiction over offenses committed upon lands acquired by THE United States. For example, Exhibit (B) LETTER OF ACCEPTANCE To Governor Keating.

(b) Supporting Facts
CR-93-0438-VRW. See Exhibit (C).
THE United States Government failed to dispute, Deny, or Rebut claims outline within the Publication Constitute as under operation of Law Tacit Procuration which shall be DEEMED STARE DECISIS-

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☒ Yes  ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

    (a)(1) Name of Court  United States District Court, Northern District of California
    
    (2) Nature of proceedings  Section 2255 of Title 28, USC
    
    (3) Grounds raised  Want of Jurisdiction Ineffective Assistance of Counsel Among other Legal Claims
    
    (4) Result  Judge Walker stated: Petitioner is simply wrong without any Authority
    
    (5) Date of Result  July 15, 2003
    
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.
    No Citation
    
    (b)(1) Name of Court _____
    
    (2) Nature of proceedings _____
    
    (3) Grounds raised _____
    
    (4) Result _____
    
    (5) Date of Result _____
    
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.
The District Court failed to examine and determine its Jurisdiction to sit, Every Court on its own motion to inquire into the matter of Want of Jurisdiction once notice. Moreover Petitioner has exhausted his Bureau of Prison (BOP) Administrative Remedy Id.# 345619-A1

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13. Are you presently represented by counsel? ☐ Yes   ☒ No

   If so, name, address and telephone number _____

   Case name and court _____

14. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

   ☐ Yes   ☒ No, *See Advisory Notice*

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

*Kevin-Paul: Woodruff* In Pro-Per
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on *November 1, 2006*
_____
(date)

*Kevin-Paul: Woodruff*
_____
Signature of Petitioner

*Without prejudice 1-207*

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Exhibit A

STATE OF CALIFORNIA                                                                GRAY DAVIS, Governor

**CALIFORNIA STATE LANDS COMMISSION**
100 Howe Avenue, Suite 100-South
Sacramento, CA 95825-8202



**PAUL D. THAYER,** *Executive Officer*
(916) 574-1800    FAX (916) 574-1810
*California Relay Service From TDD Phone* **1-800-735-2922**
*from Voice Phone* **1-800-735-2929**

Contact Phone: **(916) 574-1829**
Contact FAX: **(916) 574-1855**

June 29, 2000

File Ref: YC - 2000

Mr. Kevin Woodruff 56195-097 - J
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 933436

Dear Mr. Woodruff:

   The State Lands Commission has no record of ceding legislative jurisdiction to the United States over the following parcels:

   22288 Foothill Blvd., Hayward, CA

   6232 La Salle Ave, Oakland, CA

   1243 Broadway Plaza, Walnut Creek, CA

   31 Deer Park Center, Aptos, CA

   Thank you for your inquiry.

                                        Sincerely,

                                        *James Frey*
                                        JAMES R. FREY
                                        Senior Staff Counsel

06 2233

FILED
DEC 2 8
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

STATE OF CALIFORNIA                                              GRAY DAVIS, *Governor*

**CALIFORNIA STATE LANDS COMMISSION**  
100 Howe Avenue, Suite 100-South  
Sacramento, CA 95825-8202



**PAUL D. THAYER,** *Executive Officer*  
(916) 574-1800    FAX (916) 574-1810  
California Relay Service From TDD Phone **1-800-735-2922**  
from Voice Phone **1-800-735-2929**

Contact Phone: **(916) 574-1829**  
Contact FAX: **(916) 574-1855**

November 21, 2001

Mr. Kevin Paul Woodruff  
BOP# 56195-097/K Unit  
3901 Klein Boulevard  
Lompoc, CA 93436

Dear Mr. Woodruff:

    Mr. Millstein is out of our offices on military duty. Consequently, I am responding to your recent letter.

    The Commission has no records concerning the properties listed in your letter and the Commission has not ceded legislative jurisdiction over them to the United States pursuant to California Government Code Section 126.

    If I can be of further assistance, please contact me at the above address.

Sincerely,

*James R. Frey*

JAMES R. FREY  
Senior Staff Counsel

**RECEIVED**

NOV 1 6 2001

STATE LANDS
COMMISSION-LEGAL

c/o
3901 Klein Boulevard
Lompoc, 93436
California

Date: November 11, 2001

Kevin Paul Woodruff
BOP# 56195-097/K unit
3901 Klein Boulevard
Lompoc, CA 93436

CALIFORNIA STATE LANDS COMMISSION
100 Howe Avenue, Suite 100-South
Sacramento, California 95825-8202

Dear Mr. Eric Milstein

I, Kevin Paul Woodruff hereinafter the Undersigned wish to requests the following information/records pursuant to California Business and Professional Code § 6252.

Are the following retail business or lands in which they are situated are Federal property or needful building (Mark Areias Jewelry 31 Deer Park Center, Aptos, Ca.; Shreve & Company 1243 Broadway Plaza, Walnut Creek, Ca.; Sam Bloch Jewelry 22288 Foothill Boulevard, Hayward, Ca.; Golden Treasures 6232 La Salle Avenue, Montclair, Ca.

And are the above property approved by the State Lands Commission, for cession of concurrent jurisdiction pursuant to California Government Code section 126? (2) did your office filed with City and Countys in which these propertys are situated met by Government Code § 126?

Thanking you in advance for your prompt attention to the herein matter.

Sincerely,

*Kevin Paul Woodruff*

*Kevin Paul Woodruff*

Exhibit B

Office of the Attorney General
Washington, D.C. 20530

MAY -6 1997

OFFICE OF THE
GOVERNOR

May 1, 1997

BY CERTIFIED MAIL

The Honorable Frank Keating
Governor of Oklahoma
Oklahoma City, Oklahoma  73105

Dear Governor Keating:

On behalf of the United States, I hereby accept concurrent legislative jurisdiction over the land that presently is the site of the Federal Transfer Center (FTC) in Oklahoma City.

The State of Oklahoma recently enacted Senate Bill No. 283 to cede to the United States concurrent legislative jurisdiction over the FTC site. That bill, styled "An Act Relating to the United States; Ceding Concurrent Jurisdiction Over Certain Real Property to the United States; Reserving Concurrent Jurisdiction for Certain Purposes; Providing for the Termination of Such Jurisdiction; Providing for Codification; and Declaring an Emergency," was signed by you on April 9, 1997. Section 1 of the Bill provides, in relevant part:

> Notwithstanding any other provision of law, concurrent jurisdiction is hereby ceded to the United States over the tract of land comprised and any tracts of land hereafter comprised within the limits of the Oklahoma City Federal Transfer Center, a facility which is leased to the United States and located at Will Rogers World Airport in Oklahoma City, County of Oklahoma. . . . The jurisdiction so ceded shall continue no longer than the United States shall lease or own such lands or portions thereof.

Federal law provides that a state's cession of legislative jurisdiction to the United States does not take effect until accepted by the head of the federal department that has custody over the land. 40 U.S.C. § 255. This letter constitutes the United States' acceptance of concurrent criminal and civil legislative jurisdiction over the tracts of land presently comprised within the limits of the FTC. Enclosed is a copy of the property description for the land over which the United States accepts concurrent jurisdiction.

06 2233

Exh C

FILED
DEC 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exh. B1

The Honorable Frank Keating
Page 2

Please execute the acknowledgment of receipt of this letter on the enclosed copy, and return that copy to:

Michael E. Wall
United States Department of Justice
Environment & Natural Resources Division
Policy, Legislation and Special Litigation Section
950 Pennsylvania Avenue, NW, Room 2133
P.O. Box 4390
Washington, DC 20044-4390

Should you need any further information, please have your staff contact Mr. Wall on (202) 514-1442, or Jane Crowell, an attorney with the Federal Bureau of Prisons, on (202) 307-1240.

I appreciate your assistance in this important area of federal-state cooperation.

Sincerely,

*Janet Reno*
Janet Reno

Enclosure

Receipt of the above notice of acceptance of concurrent legislative jurisdiction over the site of the Federal Transfer Center in Oklahoma City, Oklahoma, is hereby acknowledged this ___ day of May, 1997.

_____
Governor of Oklahoma

Exh C

Exhibit C

# Oakland Tribune

c/o ANG Newspapers
401 13th Street
Oakland, CA 94612
Legal Advertising
(800) 595-9595 opt.4.

WOODRUFF, RAY H.
1044 - 91ST AVENUE
OAKLAND CA 94603-1204

## PROOF OF PUBLICATION

FILE NO.   RG05222751

In the matter of

**KEVIN-PAUL WOODRUFF against a NUL TIEL CORPORATION**

The Oakland Tribune

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Oakland Tribune, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that The Oakland Tribune is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated December 6, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Oakland Tribune as a Newspaper of General Circulation, Case Number 237798. Said order states that "The Oakland Tribune is a newspaper of general circulation within the City of Oakland, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.], of the Government Code of the State of California." Said order has not been revoked, vacated, or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

3/24/06

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_Hamere Selle_

Public Notice Advertising Clerk

---

Legal No.   000003424

**PUBLIC NOTICE**

PLEASE TAKE NOTICE THAT, by virtue of the lawful civil action now pending at Superior Court of California, County of Alameda, Case Number RG05222751, a NUNC PRO TUNC July 29, 1993, that our Governor Schwarzenegger and Bill Lockyer California Attorney General Offices failed to protect one of its inhabitants citizen "Kevin-Paul Woodruff" against a Nul Tiel Corporation UNITED STATES/UNITED STATES OF AMERICA as defined in United States Code Title 28 USC Sec. 3002 (15) (A)(B)(C); a unregister foreign corporation, by allowing the Nul Tiel Corporation to usurp jurisdiction in violation of California Government Code Section 126 and Title 40 USC Sec. 255 codified at 40 USC Sec. 3112 and create commerce in violation of California Business and Professional Code Sec. 17200, without LETTER OF ACCEPTANCE OF LEGISLATURE CIVIL/CRIMINAL JURISDICTION, to prosecute in Case Number CR-93-0438-VRW, evidence of said violation can be found in Superior Court of California, County of Alameda Case Number RG 05222751, all entities employed by the Federal Government and California State Government or its agencies or instrumentalities shall file his/her/their verified rebuttal or denial within THIRTY DAYS after first publication of this legal notice, if any parties seeking to rebut must do so within the required notice above. Failure to file timely notice/rebuttal of the foregoing will result in public law recognition of violation of Constitution Amendment 10, 11; and Gov't Code 126, said rebuttal shall be filed with Superior Court of California, County of Alameda at 1225 Fallon Street, Oakland, CA 94612.

The Oakland Tribune, #633424
March 24, 2006

---

06 2233

FILED

DEC 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Exhibit (E)